## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROYCE DEVORAK                                                                                    PLAINTIFF

v.                                           NO. 4:15CV00154 JLH

HYUNDAI CAPITAL AMERICA                                                              DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 10th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE